IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMIT GUPTA, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>POWER SOLUTIONS INTERNATIONAL, INC., GARY S. WINEMASTER, DANIEL P. GOREY, and MICHAEL P. LEWIS,<br><br>     Defendants. | No. 1:16-cv-08253<br><br>Consolidated with<br><br>No. 1:16-cv-9599<br><br>Judge: Honorable Virginia M. Kendall |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION
<u>OF A CLASS, AND ESTABLISHING NOTICE PROCEDURES</u>**

Court-appointed Lead Plaintiff Richard Giunta ("Lead Plaintiff") and named Plaintiff David Leibowitz (together with Lead Plaintiff, "Plaintiffs"), individually and on behalf of themselves and all others similarly situated, hereby respectfully move the Court for an Order: (i) preliminarily approving the proposed settlement with Defendants Power Solutions International, Inc., Gary S. Winemaster, Daniel P. Gorey, Michael P. Lewis, Jay J. Hansen, Ellen R. Hoffing, Kenneth Landini and Mary E. Vogt; (ii) provisionally certifying a Settlement Class; (iii) approving the form and method for giving notice to Settlement Class Members as provided in the Stipulation and Agreement of Settlement dated January 22, 2019 ("Stipulation"); and (iv) scheduling a final approval hearing for a date at the Court's convenience.[1] Defendants do not oppose the relief requested by this motion.

This motion is based upon the present Motion, the supporting Memorandum, the Declaration of Jason L. Krajcer ("Krajcer Declaration"), the Stipulation (attached as Exhibit 1 to the Krajcer Declaration), the [Proposed] Order submitted concurrently herewith, and all pleadings, records and papers on file herein.

Respectfully submitted,

Dated: January 22, 2019  **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Jason L. Krajcer*
Robert V. Prongay (*admitted pro hac vice*)
Jason L. Krajcer (*admitted pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
          jkrajcer@glancylaw.com

*Lead Counsel*

---

[1] All terms with initial capitalization not otherwise defined herein have the meanings ascribed to them in the Stipulation.

1

**LAWRENCE, KAMIN, SAUNDERS & UHLENHOP LLC**
Mitchell B. Goldberg
Peter E. Cooper
Marielise Fraioli
300 S. Wacker Drive, Suite 500
Chicago, IL 60606
Telephone: (312) 372-1947
Facsimile: (312) 372-2389
Email: mgoldberg@lksu.com
       pcooper@lksu.com
       mfraioli@lksu.com

*Liaison Counsel*

**POMERANTZ LLP**
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com

- and -

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: pdahlstrom@pomlaw.com

*Additional Counsel*

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 22, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 22, 2019.

*s/ Jason L. Krajcer*
Jason L. Krajcer

## Mailing Information for a Case 1:16-cv-08253 Guinta v. Power Solutions International, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sean M. Berkowitz**
  sean.berkowitz@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,sean-berkowitz-6005@ecf.pacerpro.com

- **Thomas P. Cimino , Jr**
  tcimino@vedderprice.com,ecfdocket@vedderprice.com,barb-hahn-8780@ecf.pacerpro.com,bhahn@vedderprice.com,7610@ecf.pacerpro.com,thomas-cimino-3585@ecf.pacerpro.com

- **Peter E. Cooper**
  pcooper@lawrencekaminlaw.com,aterry@lawrencekaminlaw.com,shennessey@lawrencekaminlaw.com

- **Rachel T. Copenhaver**
  rcopenhaver@vedderprice.com,rachel-copenhaver-3755@ecf.pacerpro.com,ewatt@vedderprice.com,ecfdocket@vedderprice.com,7610@ecf.pacerpro.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com,mjsteven@pomlaw.com

- **Rebecca Lynn Dandy**
  rdandy@vedderprice.com,rebecca-dandy-7811@ecf.pacerpro.com,ecfdocket@vedderprice.com,7610@ecf.pacerpro.com,trobinson@vedderprice.com

- **Theresa Lynn Davis**
  tdavis@reedsmith.com,theresa-davis-4143@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com,kgord@reedsmith.com

- **Michael J. Diver**
  michael.diver@kattenlaw.com,rosie.gradilla@kattenlaw.com,ecf.docket@kattenlaw.com

- **Bryan Glidden Faubus**
  bfaubus@glancylaw.com

- **Marielise Fraioli**
  mfraioli@lawrencekaminlaw.com,jjones@lawrencekaminlaw.com,aterry@lawrencekaminlaw.com

- **Mitchell Benjamin Goldberg**
  mgoldberg@lawrencekaminlaw.com,jjones@lawrencekaminlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jason L. Krajcer**
  jkrajcer@glancylaw.com,jason-krajcer-8666@ecf.pacerpro.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Michael James Lohnes**
  michael.lohnes@kattenlaw.com,anna.mikulski@kattenlaw.com,rosie.gradilla@kattenlaw.com,caitlin.munley@kattenlaw.com,ecfdocket@kattenlaw.com,carrie.stickel@kattenlaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com,kgutierrez@labaton.com

- **Elizabeth Camper Lyons**
  elyons@lawrencekaminlaw.com,aterry@lawrencekaminlaw.com,shennessey@lawrencekaminlaw.com

- **Anna Mikulski**
  anna.mikulski@kattenlaw.com,ecf.docket@kattenlaw.com,chicago.ARC21@kattenlaw.com

- **Steven Alan Miller**
  samiller@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,jlong@reedsmith.com,steve-miller-7673@ecf.pacerpro.com

- **John Scott Monical**
  jmonical@lawrencekaminlaw.com,jjones@lawrencekaminlaw.com,aterry@lawrencekaminlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **James A. Rolfes**
  jrolfes@reedsmith.com,jim-rolfes-3307@ecf.pacerpro.com,lisa-skilnik-9984@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com

- **Adam L Rosenbloom**
  adam.rosenbloom@lw.com

- **John J. Sikora , Jr**
  John.Sikora@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,john-sikora-7825@ecf.pacerpro.com

- **Anthony Robert Todd**
  atodd@reedsmith.com,kgord@reedsmith.com

- **Heather A. Waller**
  heather.waller@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,heather-waller-8915@ecf.pacerpro.com

- **Junaid A Zubairi**
  jzubairi@vedderprice.com,junaid-zubairi-0189@ecf.pacerpro.com,shampton@vedderprice.com,ecfdocket@vedderprice.com,7610@ecf.pacerpro.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)