IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMIT GUPTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POWER SOLUTIONS INTERNATIONAL, INC., GARY S. WINEMASTER, DANIEL P. GOREY, and MICHAEL P. LEWIS,<br><br>Defendants. | No. 1:16-cv-08253<br><br>Consolidated with<br><br>No. 1:16-cv-9599<br><br>Judge: Honorable Virginia M. Kendall |

**DECLARATION OF JASON L. KRAJCER IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF A CLASS, AND ESTABLISHING NOTICE PROCEDURES**

I, Jason L. Krajcer, hereby declare as follows:

I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action. I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for Lead Plaintiff Richard Giunta ("Lead Plaintiff") in this action. I make this Declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Conditional Certification of a Class, and Establishing Notice Procedures. I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify to them.

1. Attached hereto as Exhibit 1 is a true and correct copy of the fully executed Stipulation and Agreement of Settlement dated January 22, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 22nd day of January, 2019, at Los Angeles, California.

*s/ Jason L. Krajcer*
Jason L. Krajcer

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 22, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 22, 2019.

*s/ Jason L. Krajcer*
Jason L. Krajcer

# Mailing Information for a Case 1:16-cv-08253 Guinta v. Power Solutions International, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sean M. Berkowitz**
  sean.berkowitz@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,sean-berkowitz-6005@ecf.pacerpro.com
- **Thomas P. Cimino , Jr**
  tcimino@vedderprice.com,ecfdocket@vedderprice.com,barb-hahn-8780@ecf.pacerpro.com,bhahn@vedderprice.com,7610@ecf.pacerpro.com,thomas-cimino-3585@ecf.pacerpro.com
- **Peter E. Cooper**
  pcooper@lawrencekaminlaw.com,aterry@lawrencekaminlaw.com,shennessey@lawrencekaminlaw.com
- **Rachel T. Copenhaver**
  rcopenhaver@vedderprice.com,rachel-copenhaver-3755@ecf.pacerpro.com,ewatt@vedderprice.com,ecfdocket@vedderprice.com,7610@ecf.pacerpro.com
- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com,mjsteven@pomlaw.com
- **Rebecca Lynn Dandy**
  rdandy@vedderprice.com,rebecca-dandy-7811@ecf.pacerpro.com,ecfdocket@vedderprice.com,7610@ecf.pacerpro.com,trobinson@vedderprice.com
- **Theresa Lynn Davis**
  tdavis@reedsmith.com,theresa-davis-4143@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com,kgord@reedsmith.com
- **Michael J. Diver**
  michael.diver@kattenlaw.com,rosie.gradilla@kattenlaw.com,ecf.docket@kattenlaw.com
- **Bryan Glidden Faubus**
  bfaubus@glancylaw.com
- **Marielise Fraioli**
  mfraioli@lawrencekaminlaw.com,jjones@lawrencekaminlaw.com,aterry@lawrencekaminlaw.com
- **Mitchell Benjamin Goldberg**
  mgoldberg@lawrencekaminlaw.com,jjones@lawrencekaminlaw.com
- **J. Alexander Hood , II**
  ahood@pomlaw.com
- **Jason L. Krajcer**
  jkrajcer@glancylaw.com,jason-krajcer-8666@ecf.pacerpro.com
- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com
- **Michael James Lohnes**
  michael.lohnes@kattenlaw.com,anna.mikulski@kattenlaw.com,rosie.gradilla@kattenlaw.com,caitlin.munley@kattenlaw.com,ecfdocket@kattenlaw.com,carrie.stickel@kattenlaw.com
- **Louis Carey Ludwig**
  lcludwig@pomlaw.com,kgutierrez@labaton.com
- **Elizabeth Camper Lyons**
  elyons@lawrencekaminlaw.com,aterry@lawrencekaminlaw.com,shennessey@lawrencekaminlaw.com
- **Anna Mikulski**
  anna.mikulski@kattenlaw.com,ecf.docket@kattenlaw.com,chicago.ARC21@kattenlaw.com
- **Steven Alan Miller**
  samiller@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,jlong@reedsmith.com,steve-miller-7673@ecf.pacerpro.com
- **John Scott Monical**
  jmonical@lawrencekaminlaw.com,jjones@lawrencekaminlaw.com,aterry@lawrencekaminlaw.com
- **Robert Vincent Prongay**
  rprongay@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com
- **James A. Rolfes**
  jrolfes@reedsmith.com,jim-rolfes-3307@ecf.pacerpro.com,lisa-skilnik-9984@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com
- **Adam L Rosenbloom**
  adam.rosenbloom@lw.com
- **John J. Sikora , Jr**
  John.Sikora@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,john-sikora-7825@ecf.pacerpro.com
- **Anthony Robert Todd**
  atodd@reedsmith.com,kgord@reedsmith.com
- **Heather A. Waller**
  heather.waller@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,heather-waller-8915@ecf.pacerpro.com
- **Junaid A Zubairi**
  jzubairi@vedderprice.com,junaid-zubairi-0189@ecf.pacerpro.com,shampton@vedderprice.com,ecfdocket@vedderprice.com,7610@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)