IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMIT GUPTA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> POWER SOLUTIONS INTERNATIONAL, INC., GARY S. WINEMASTER, DANIEL P. GOREY, and MICHAEL P. LEWIS, <br><br> Defendants. | No. 1:16-cv-08253 <br><br> Consolidated with <br><br> No. 1:16-cv-9599 <br><br> Judge: Honorable Virginia M. Kendall <br><br> **May 13, 2019 Hearing Date** |

**LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Court-appointed Lead Counsel, Glancy Prongay & Murray LLP hereby respectfully moves the Court for an Order: (i) awarding attorneys' fees to Plaintiffs' Counsel; and (ii) reimbursing Plaintiffs' Counsel's Litigation Expenses.[1] Defendants take no position on the relief requested by this motion.

The grounds in support of this Motion are set forth fully in the concurrently filed Memorandum of Law in Support of Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and the Declaration of Jason L. Krajcer in Support of (I) Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and the exhibits attached thereto.

Respectfully submitted,

Dated: April 8, 2019  **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Jason L. Krajcer*
Robert V. Prongay (*admitted pro hac vice*)
Jason L. Krajcer (*admitted pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
           jkrajcer@glancylaw.com

*Lead Counsel*

---

[1] All capitalized terms not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated January 22, 2019 (ECF No. 135-1).

1

**LAWRENCE, KAMIN, SAUNDERS & UHLENHOP LLC**
Mitchell B. Goldberg
Peter E. Cooper
Marielise Fraioli
300 S. Wacker Drive, Suite 500
Chicago, IL 60606
Telephone: (312) 372-1947
Facsimile: (312) 372-2389
Email: mgoldberg@lksu.com
       pcooper@lksu.com
       mfraioli@lksu.com

*Liaison Counsel*

**POMERANTZ LLP**
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com

- and -

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: pdahlstrom@pomlaw.com

*Additional Counsel*

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On April 8, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2019.

*s/ Jason L. Krajcer*
Jason L. Krajcer